IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DALE NOLEN STEVENS,<br><br>                Petitioner,<br><br>v.<br><br>NAPLES CITY JUSTICE COURT et al.,<br><br>                Respondents. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:18-CV-392-DAK<br><br>District Judge Dale A. Kimball |

      On October 5, 2018, this Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed for lack of jurisdiction. (Doc. No. 4.) Petitioner has still not responded. Indeed, the Court has not heard from Petitioner since he filed his petition nearly one year ago--on April 26, 2018.

      IT IS THEREFORE ORDERED that Petitioner's action is DISMISSED for failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

      This action is CLOSED.

      DATED this 8th day of April, 2019.

                                          BY THE COURT:

                                          JUDGE DALE A. KIMBALL
                                          United States District Court